# JAMES WILLIAMS *et al.*

*v.*

## FRANCIS LaVALLE, Supervisor, etc.

JUDGMENT—*whether final—order granting a new trial.* An order grant-
ing a new trial in an action of ejectment, under the statute, is not a final
judgment, and, therefore, can not be reviewed in the supreme court upon
appeal or writ of error.

WRIT OF ERROR to the Circuit Court of St. Clair county;
the Hon. JOSEPH GILLESPIE, Judge, presiding.

This was an action of ejectment, brought in the court below
by LaValle, supervisor of the village of Cahokia, against
James Williams and Francis H. Cobb.

At the March term, 1868, a trial was had, resulting in a
judgment in favor of the plaintiff, from which the defendants
prayed an appeal. At the October term following, the judg-
ment was vacated and a new trial granted upon payment of
costs, the defendants withdrawing their appeal.

At the October term, 1870, a second trial was had, result-
ing in a judgment in favor of the defendants. The plaintiff
thereupon moved for a new trial, which the court, at the
March term, 1871, denied. The plaintiff then moved for a
new trial under the statute, which was allowed upon the pay-
ment of costs within one year. Upon this application of the
plaintiff it was proven that he had paid the costs of the sec-
ond trial, but had not paid the costs of the first trial.

At the October term, 1871, the plaintiff dismissed his
suit.

The defendants sued out a writ of error, and insist the court
below erred in granting to the plaintiff a new trial without
the payment of all the costs incurred in the suit.

Messrs. C. W. & E. L. THOMAS, for the plaintiffs in error.

Messrs. G. & G. A. KŒRNER, for the defendant in error.

Per CURIAM: The order granting a new trial in this case, is not a final judgment. Hence, no appeal can be taken or writ of error prosecuted for its reversal. The writ of error must therefore be dismissed.

*Writ of error dismissed.*